UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MOHAMMED RAED KARAJA §<br>    "Petitioner," §<br> §<br>v. §<br> § Civil Action No. 1:26-cv-00021<br>WARDEN, EL VALLE DETENTION §<br>FACILITY, *et al.,* §<br>    "Respondents." § | |

## ORDER

Before the Court is "Petitioner's Emergency Ex Parte Motion for Temporary Restraining Order and/or Preliminary Injunction" (Dkt. No. 5) ("TRO").

To expedite the Court's review, Respondents are **ORDERED** to submit a response to the TRO no later than 14 days after service of these filings. Petitioner is **ORDERED** to file proof of service of both the TRO and "Petition for Writ of Habeas Corpus" (Dkt. No. 1) as a docket entry no later than **February 6, 2026, at 5 p.m. CST.** Once Respondents are served, the Petitioner is not to be removed; his status quo is to remain "as is" pending resolution of this case.

Signed on  January 27, 2026.

_____
Rolando Olvera
United States District Judge