United States District Court
Southern District of Texas

**ENTERED**

April 14, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| MOHAMMED R.K., | § | |
|  "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00021 |
| | § | |
| WARDEN, EL VALLE DETENTION | § | |
| CENTER, *et al*., | § | |
|  "Respondents." | § | |

### ORDER

Before the Court are "Petitioner's Emergency Ex Parte Motion for Temporary Restraining Order and/or Preliminary Injunction" (Dkt. No. 5) ("TRO") and the Magistrate Judge's "Order to Provide Status Updates on Administrative Proceedings" (Dkt. No. 15) ("Order").

The Magistrate Judge's Order directs Respondents to provide timely status updates concerning any administrative review of Petitioner's detention by May 8, 2026. Dkt. No. 15 at 1. These required updates include, but are not limited to, "the progress and conclusions of custody review determinations under 8 C.F.R. §§ 241.4 and 241.13." *Id.*

To expedite the Court's TRO Review, Respondents are **ORDERED** to submit an update regarding both (1) the outcome of the custody review interview that was scheduled for February 17, 2026, *see* Dkt. No. 14-1 at 13, and (2) the status of custody review under § 241.13, if any. Respondents must submit this update no later than **April 20, 2026, at 5 p.m.** CST.

 SIGNED this April 14, 2026

             _____

             Rolando Olvera
             United States District Judge

1 / 1