United States District Court
Southern District of Texas

**ENTERED**

May 06, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| MOHAMMED RAED KARAJA, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00021 |
| | § | |
| WARDEN, EL VALLE DETENTION | § | |
| CENTER, *et al.*, | § | |
| "Respondents." | § | |

**ORDER EXTENDING TRO (Dkt. No. 19)**

Before the Court is "Petitioner's Emergency Ex Parte Motion for Temporary Restraining Order and/or Preliminary Injunction" (Dkt. No. 5) ("MTRO"), Respondents' "Response to the Petition for Writ of Habeas Corpus, Motion to Dismiss Counts One and Two for Lack of Jurisdiction and Motion for Summary Judgment" (Dkt. No. 13) ("Response"), "Petitioner's Response in Opposition to Motion to Dismiss and Motion for Summary Judgment" (Dkt. No. 14) ("Reply"), and this Court's Order granting the MTRO (Dkt. No. 19) ("TRO").

Because the grounds supporting the initial TRO remain in effect, *see* Dkt. No. 19, good cause exists to extend it; accordingly, the Court hereby **EXTENDS** its TRO (Dkt. No. 19), and Respondents remain **ENJOINED** from detaining Petitioner. This Temporary Restraining Order shall expire at **5:00 p.m. CST on Wednesday, May 20, 2026.**

SIGNED this May 6, 2026

Rolando Olvera
United States District Judge

1 / 1