United States District Court
Southern District of Texas

**ENTERED**

May 21, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

|  |  |  |
|---|---|---|
| MOHAMMED R. K., | § | |
|     "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00021 |
| | § | |
| WARDEN, EL VALLE DETENTION | § | |
| CENTER, *et al.*, *in their official capacities*, | § | |
|     "Respondents." | § | |

### <u>ORDER</u>

Before the Court is Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), Respondents' "Response to the Petition for Writ of Habeas Corpus Motion to Dismiss Counts One and Two for Lack of Jurisdiction and Motion for Summary Judgment" (Dkt. No. 13) ("MSJ"), the Magistrate Judge's "Report and Recommendation to Grant Petitioner's Habeas Petition" (Dkt. No. 20) ("R&R"), and "Petitioner's Motion for Extension of Temporary Restraining Order and Injunction" (Dkt. No. 23) ("Motion for TRO Extension").

The R&R was published on April 23, 2026, and objections to the R&R were due on May 7. This Court's Temporary Restraining Order, *see* Dkt. Nos. 19 & 21, expired on May 20, 2026. Since no objections were filed to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 20) is **ADOPTED**. Accordingly, the Petition (Dkt. No. 1) is **GRANTED** and the MSJ (Dkt. No. 13) is **DENIED**. Respondents are **ORDERED** to release Petitioner subject to supervision. Petitioner's Motion for TRO Extension (Dkt. No. 23) is further **DENIED** as moot. The Clerk of the Court is **ORDERED** to close this case.

    SIGNED this May 21, 2026

                                        Rolando Olvera
                                        United States District Judge